IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAHAJ HOTEL, INC.,

    Plaintiff/Counterclaim-Defendant,

v.

ASHISH DESAI,

    Defendant/Counterclaimant/
    Third-Party Plaintiff, *et al.*

Case No. 2:16-cv-408
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

Pursuant to mediation before the United States Magistrate Judge, the parties have reported to the Court that this case has settled. The Clerk is therefore **DIRECTED** to **VACATE** the Order Setting Trial Date and Settlement Conference (ECF No. 55) and the Order setting a hearing for October 6, 2017, on the motion to appoint a receiver (ECF No. 78). All other motions are hereby **DENIED as MOOT**. The parties shall file the appropriate dismissal within sixty (60) days of this Order.

IT IS SO ORDERED.

9-27-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE